IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JACK C. ALEXANDER,

       Appellant,

v.

DEPARTMENT OF BUSINESS
AND PROFESSIONAL
REGULATION, DIVISION OF
REAL ESTATE,

       Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5642

Opinion filed September 20, 2016.

An appeal from the Florida Real Estate Commission.
Juana Watkins, Director.

David M. Berman and Jed Berman, B.C.S., of Infantino and Berman, Winter Park, for Appellant.

Marisa G. Button, Chief Appellate Counsel, Chevonne T. Christian, Assistant General Counsel, Department of Business and Professional Regulation, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

B.L. THOMAS, ROWE, and WINSOR, JJ., CONCUR.